JACOB RUESS, Respondent, *v.* ABBIE L. EWEN, Appellant.

*Ruess* v. *Ewen*, 34 App. Div. 484, affirmed.
(Submitted December 14, 1900; decided January 8, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 11, 1898, reversing a judgment in favor of defendant entered upon the report of a referee and granting a new trial.

*Tallmadge W. Foster* for appellant.

*Edward E. Sprague* and *William H. Stockwell* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion below.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

WILLIAM G. MCCREA, Appellant, *v.* ISAAC A. HOPPER, as Trustee, Respondent, Impleaded with Another.

*McCrea* v. *Hopper*, 35 App. Div. 572, affirmed.
(Argued December 14, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department entered January 13, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*William G. McCrea*, appellant, in person.

*Charles W. Dayton* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not voting: CULLEN, J.